KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

R. David Donoghue (SBN 205730)
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: 312.263.3600
Fax: 312.578.6666
david.donoghue@hklaw.com

Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
stacey.wang@hklaw.com

*Attorney(s) for Defendants IKEA North American Services, LLC and IKEA US Retail LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) ) ) |
| *Plaintiff*, | ) ) C.A. No. 3:19-cv-02487-CAB-BLM ) |
| v. | ) ) |
| IKEA NORTH AMERICAN SERVICES, LLC AND IKEA US RETAIL LLC, | ) NOTICE OF SETTLEMENT AND ) REQUEST TO STAY PENDING ) DEADLINES ) ) |
| *Defendants*. | |

The parties, Plaintiff Symbology Innovations, LLC and Defendants Ikea North America Services, LLC and Ikea US Retail LLC, (collectively "the parties") provide notice to the Court that they have reached a settlement of this matter in full and expect to shortly file a stipulated dismissal of the entire action with each party bearing their own attorneys' fees and costs. The parties accordingly and respectfully request that the Court stay all pending deadlines while the parties finalize settlement.

Dated: February 20, 2020

Respectfully submitted,

OF HOLLAND AND KNIGHT:

*/s/ R. David Donoghue*
Holland & Knight LLP
R. David Donoghue (SBN 205730)
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: 312.263.3600

OF BUDO LAW P.C.:

*/s/ Kirk J. Anderson*
Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)

Fax: 312.578.6666
david.donoghue@hklaw.com

Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
stacey.wang@hklaw.com

**Attorney(s) for Defendants IKEA North American Services, LLC and IKEA US Retail LLC**

(720) 225-9331 (Fax)

**Attorney(s) for Plaintiff Symbology Innovations, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Kirk J. Anderson*
Kirk J. Anderson