Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**  *Plaintiff,*  v.  **IKEA NORTH AMERICAN SERVICES, LLC AND IKEA US RETAIL LLC,**  *Defendants.* | C.A. No. 3:19-cv-02487-CAB-BLM  **Notice of Dismissal With Prejudice** |

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 77.2, hereby provides notice that it dismisses WITH prejudice all claims by Plaintiff against Defendants IKEA North American Services, LLC and IKEA US Retail LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: March 31, 2020

Respectfully submitted,

*/s/ Kirk J. Anderson*
Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

***Attorney(s) for Plaintiff Symbology Innovations, LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Kirk J. Anderson*
Kirk J. Anderson

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE